STATE v. BLACK

No. 180P82.

Case below: 56 N.C. App. 467.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1982.

STATE v. BOST

No. 103P82.

Case below: 55 N.C. App. 612.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

STATE v. BOWEN

No. 188P82.

Case below: 56 N.C. App. 210.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.

STATE v. BROOKS & MERCER

No. 137P82.

Case below: 56 N.C. App. 256.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 4 May 1982.

STATE v. BUTNER

No. 203P82.

Case below: 56 N.C. App. 642.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.